UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case No.: __14-17860__ |
| Thomas and Patricia Cocuzza, Sr. | : | |
| | : | Adv. No.: _____ |
| | : | |
| | : | Judge: __ABA__ |
| Debtor (s), | : | |
| _____ | : | Chapter: __13__ |

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable ___Andrew B. Altenburg Jr.___, United States Bankruptcy Judge.

**Reason for Hearing:**   Debtor(s) objection to Certification of Default submitted by the chapter 13 Standing Trustee

**Location of Hearing:**   Courtroom No. __4B__
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ

**Date and Time:**   9/30/2016 at 9:00a.m.,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   __✔__ ARE REQUIRED     _____ ARE NOT REQUIRED

DATED:   August 30, 2016                         JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __August 30__, 20 __16__ the foregoing notice was served on the following:
Debtor (s)
Attorney for Debtor(s), if any
Chapter 13 Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 14-17860-ABA
Thomas J. Cocuzza, Sr.                                          Chapter 13
Patricia A. Cocuzza
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Aug 30, 2016
                               Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
db/jdb         +Thomas J. Cocuzza, Sr.,    Patricia A. Cocuzza,    1007 Chatau Court,    Atco, NJ 08004-1317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2016 at the address(es) listed below:
              Eric   Clayman    on behalf of Joint Debtor Patricia A. Cocuzza jenkins.clayman@verizon.net
              Eric   Clayman    on behalf of Debtor Thomas J. Cocuzza, Sr. jenkins.clayman@verizon.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2007-7 jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
                                                                                             TOTAL: 5