**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 14−17860−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Thomas J. Cocuzza Sr.                Patricia A. Cocuzza
  1007 Chatau Court                     1007 Chatau Court
  Atco, NJ 08004                          Atco, NJ 08004

Social Security No.:
  xxx−xx−2014                          xxx−xx−6537

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 30, 2016.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 30, 2016
JJW: bc

                                              James J. Waldron
                                              Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                      Case No. 14-17860-ABA
Thomas J. Cocuzza, Sr.                                      Chapter 13
Patricia A. Cocuzza
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Sep 30, 2016
                              Form ID: 148             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db/jdb         +Thomas J. Cocuzza, Sr.,    Patricia A. Cocuzza,    1007 Chatau Court,    Atco, NJ 08004-1317
514730494      +CCS/Bryant State Bank,    500 E 60th Street N,    Sioux Falls, SD 57104-0478
514730495       Citifinancial,    605 Munn RdC/S Care Dept,    Fort Mill, SC 29715
514730503       Lourdes Cardiology Services,    c/o Apex Asset Management,    PO Box 70441891,
                 Santa Barbara Ste 204,    Lancaster, PA 17604-7044
515291407      +NCEP, LLC,   P.O. Box 165028,    Irving, TX 75016-5028
514730507      +SLS Mortgage a/k/a Bank of New York,    101 Barclay Street,    4W,    New York, NY 10286-0001
514730508      +Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
514730509      +The Bank of New York Mellon,    c/o Parker McCay PA,    9000 Midlantic Drive Ste 300,
                 PO Box 5054,    Mount Laurel, NJ 08054-5054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 30 2016 23:13:24       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 30 2016 23:13:23       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514730491       EDI: APPLIEDBANK.COM Sep 30 2016 23:03:00      Applied Bank,    PO Box 10210,
                 Wilmington, DE 19850
514747560       EDI: AIS.COM Sep 30 2016 23:03:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
514730493      +EDI: PRA.COM Sep 30 2016 23:03:00      Capital One Bank NA,
                 c/o Portfolio Recove3ry Associates LLC,    120 Corporate Blvd,    Norfolk, VA 23502-4962
514730496      +EDI: MID8.COM Sep 30 2016 23:03:00      Credit One Bank,    c/o Midland Funding LLC,
                 8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
514730497      +EDI: RESURGENT.COM Sep 30 2016 23:03:00      Credit One Bank NA,    c/o LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
514730498       EDI: AMINFOFP.COM Sep 30 2016 23:03:00      First Premier,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
514730499      +EDI: AMINFOFP.COM Sep 30 2016 23:03:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
514730501      +EDI: PRA.COM Sep 30 2016 23:03:00      GE Money bAnk,    c/o Portfolio Recovery Associates,
                 120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
514730502      +EDI: HFC.COM Sep 30 2016 23:03:00      HSBC Bank,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
514776095       EDI: JEFFERSONCAP.COM Sep 30 2016 23:03:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
514730492       EDI: JEFFERSONCAP.COM Sep 30 2016 23:03:00      Aspire Visa,    c/o Jefferson Capital Systems,
                 16 Mcleland Road,    Saint Cloud, MN 56303
514730504      +EDI: RESURGENT.COM Sep 30 2016 23:03:00      LVNV Funding, LLC,    PO Box 10497,
                 Greenville, SC 29603-0497
514981981       EDI: RESURGENT.COM Sep 30 2016 23:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514983681       EDI: RESURGENT.COM Sep 30 2016 23:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Providian National Bank,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514974122       EDI: MERRICKBANK.COM Sep 30 2016 23:03:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
514730505      +EDI: MERRICKBANK.COM Sep 30 2016 23:03:00      Merrick Bank,    10705 S Jordan Gtwy Ste 200,
                 South Jordan, UT 84095-3977
515000578       EDI: PRA.COM Sep 30 2016 23:03:00      Portfolio Recovery Associates, LLC,
                 c/o Citifinancial, Inc.,    POB 41067,    Norfolk VA 23541
514999085       EDI: PRA.COM Sep 30 2016 23:03:00      Portfolio Recovery Associates, LLC,    c/o Empire,
                 POB 41067,    Norfolk VA 23541
514927952      +E-mail/Text: csidl@sbcglobal.net Sep 30 2016 23:13:37       Premier Bankcard,    PO Box 2208,
                 Vacaville, CA 95696-8208
514730506      +EDI: DRIV.COM Sep 30 2016 23:03:00      Santander Consumer,    8585 N Stemmons Fwy Ste 1000,
                 Dallas, TX 75247-3822
514787203      +EDI: DRIV.COM Sep 30 2016 23:03:00      Santander Consumer USA,    Po Box 560284,
                 Dallas, TX 75356-0284
514787460      +EDI: DRIV.COM Sep 30 2016 23:03:00      Santander Consumer USA Inc,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
515305616       EDI: RMSC.COM Sep 30 2016 23:03:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
514863106       EDI: ECAST.COM Sep 30 2016 23:03:00      eCAST Settlement Corporation, SUCCESSOR,
                 to CitiBank (South Dakota) N.A.,    POB 35480,    Newark, NJ 07193-5480
                                                                                              TOTAL: 26
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 30, 2016
                              Form ID: 148             Total Noticed: 34
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514730500*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
514827365*      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, CO 80129-2386
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
              Eric   Clayman    on behalf of Joint Debtor Patricia A. Cocuzza jenkins.clayman@verizon.net
              Eric   Clayman    on behalf of Debtor Thomas J. Cocuzza, Sr. jenkins.clayman@verizon.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2007-7 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
                                                                                             TOTAL: 5