Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−17860−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas J. Cocuzza Sr.  Patricia A. Cocuzza
1007 Chatau Court  1007 Chatau Court
Atco, NJ 08004  Atco, NJ 08004

Social Security No.:
   xxx−xx−2014                             xxx−xx−6537

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: November 8, 2016

Andrew B. Altenburg Jr.
Judge, United States Bankruptcy Court